**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
First Way, Inc

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
47-2806208

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9640 Sidney Hayes Road<br>Orlando, FL 32824<br>Number, Street, City, State & ZIP Code | 7604 Brofield Avenue<br>Windermere, FL 34786<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Orange<br>County | Location of principal assets, if different from principal place of business<br>N/A<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
https://firstwayinc.com

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **First Way, Inc**                                       Case number (*if known*)
        Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **First Way, Inc**  
      Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No  
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____  
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____  
      Contact name _____  
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  

☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000  

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  

☐ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000  
■ $1,000,001 - $10 million  
☐ $500,000,001 - $1 billion

Debtor **First Way, Inc**  Case number (*if known*)
Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **First Way, Inc**                                     Case number (*if known*)
      Name

▮ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  4, 2025**
                  MM / DD / YYYY

**X** **/s/ Iulian Cosiuc**                                     **Iulian Cosiuc**
Signature of authorized representative of debtor         Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Daniel A. Velasquez**                     Date **April  4, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Daniel A. Velasquez 0098158**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone **(407) 481-5800**      Email address **dvelasquez@lathamluna.com**

**0098158 FL**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 5

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **First Way, Inc** | |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACM Transtar, Inc 1781 Nature Court Schaumburg, IL 60193 | | 2024 Volvo Truck- VIN 4V4NC9EH7SN679145 | | Unknown | $0.00 | Unknown |
| ACM Transtar, Inc 1781 Nature Court Schaumburg, IL 60193 | | 2022 Utility Trailer Unit T824 Van VIN 1UYVS2536N3542807  2022 Great Dane Trailer Unit 612R VIN 1GR1A062XNE417426 | | Unknown | $0.00 | Unknown |
| American Express PO Box 15123 Wilmington, DE 19850 | | Credit Card | | | | $16,068.59 |
| Bill's Towing & Auto Repair, LLC W9197 Old Hwy 60 Lodi, WI 53555 | | Towing Fees- 2024 Volvo VNR64T660 Truck VIN 4V4WC9EHXRN629841 ( Unit 085)- this vehicle is in operable and sitting in a tow yard. | | | | $41,177.91 |
| BMO Harris Bank 300 E. John Carpenter Freeway Irving, TX 75062-2712 | | 2022 Freightliner Cascadia-Series (Unit 032) VIN 3AKJHHDR9NSMT7776 | | $119,663.48 | $0.00 | $119,663.48 |

Debtor **First Way, Inc**                                    Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **BMO Harris Bank**  **300 E. John Carpenter Freeway**  **Irving, TX**  **75062-2712** | | **2022 Kenworth T680-Series Tractor (Unit 043) VIN 1XKYD49X4NJ129119** | | **$95,961.47** | **Unknown** | **Unknown** |
| **BMO Harris Bank**  **300 E. John Carpenter Freeway**  **Irving, TX**  **75062-2712** | | **2022 Kenworth T680-Searies Heavy Duty (Unit 033) VIN 1XKYD49X2NJ129118** | | **$88,129.83** | **Unknown** | **Unknown** |
| **Business Services Company, LLC**  **4801 Lang NE, Suite 110**  **Albuquerque, NM 87109** | | | | **Unknown** | **$0.00** | **Unknown** |
| **Capital Premium Financing, LLC**  **12235 S 800 E**  **Draper, UT 84020** | | **Financing Agreement** | | | | **$104,862.77** |
| **Commercial Credit Group Inc**  **2135 City Gate Lane, Ste 440**  **Naperville, IL 60563** | | | | **Unknown** | **$0.00** | **Unknown** |
| **Crossroads Equipment Lease & Finance, LLC**  **9385 Haven Avenue**  **Rancho Cucamonga, CA 91730** | | **2025 Western Star 57X 3BHJBZDR5SDVP2091 (Unit 004)** | | **$157,810.89** | **Unknown** | **Unknown** |
| **Crossroads Equipment Lease & Finance, LLC**  **9385 Haven Ave.**  **Rancho Cucamonga, CA 91730** | | **2025 Dorsey AF53 Trailer VIN 7KYAF5322SED42046**  **2025 Dorsey AF53 Trailer VIN 7KYAF5324SED42047**  **2025 Dorsey AF53 Trailer VIN 7KYAF5326SED42048**  **20** | | **$195,275.00** | **Unknown** | **Unknown** |

Debtor **First Way, Inc**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **De Lage Landen Financial Services, Inc** P.O. Box 825736 Philadelphia, PA 19182 | | **2024 Volvo VNR64T660 VIN 4V4WC9EH0RN634370 (Unit 087, Unit 088) 2024 Volvo VNR64T660 VIN 4V4WC9EH8RN629840** | | $251,553.73 | Unknown | Unknown |
| **Fastex Logistics, Inc** 256 Central Avenue Unit 72794 Roselle, IL 60172 | | **Parking** | | | | $18,000.00 |
| **Fastex Logistics, Inc** 256 Central Avenue Unit 72794 Roselle, IL 60172 | | **Trade Debt** | | | | $7,376.86 |
| **Mitsubishi HC Capital of America** 800 Connecticut Ave. Norwalk, CT 06854 | | **2024 Western Star 49X Truck (Unit 001) VIN 5KJJBWDR4RLVG3752** | | $155,366.40 | Unknown | Unknown |
| **National Union Fire Insurance Company of Pittsburgh, PA** c/o Graham Liccardi, Esq 19 S LaSalle St, Ste 701 Chicago, IL 60603 | | **Trade Debt** | | | | $47,301.22 |
| **PNC Bank National Association** 655 Business Center Drive Horsham, PA 19044 | | **2024 Volva VNL64T760 Truck VIN 4V4NC9EH7RN626200 (Unit 084) 2024 Volvo VNR64T660 Truck VIN 4V4WC9EHXRN629841 ( Unit 085)- this vehicle is in operable** | | $254,166.56 | Unknown | Unknown |
| **PNC Bank National Association** 655 Business Center Drive Horsham, PA 19044 | | **2023 Western Star 49X Truck  (Unit 052) VIN 5KJJBWDR7PLNNR5743** | | $76,243.27 | Unknown | Unknown |

Debtor **First Way, Inc**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Uptime Center**<br>**8003 Piedmont Triad Parkway**<br>**Mail STOP UC1-23**<br>**Greensboro, NC 27409** | | **Trailer and Tractor Tow** | | | | $2,800.00 |

# United States Bankruptcy Court
## Middle District of Florida

In re  **First Way, Inc**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Iulian Cosiuc<br>9640 Sidney Hayes Road<br>Orlando, FL 32824 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 4, 2025**

Signature  **/s/ Iulian Cosiuc**
**Iulian Cosiuc**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

First Way, Inc - - Pg. 1 of 1

| | | |
|---|---|---|
| First Way, Inc<br>7604 Brofield Avenue<br>Windermere, FL 34786 | Capital Premium Financing, LLC<br>12235 S 800 E<br>Draper, UT 84020 | National Union Fire Insurance<br>Company of Pittsburgh, PA<br>c/o Graham Liccardi, Esq<br>19 S LaSalle St, Ste 701<br>Chicago, IL 60603 |
| Daniel A. Velasquez<br>Latham Luna Eden & Beaudine LLP<br>201 S. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801 | Commercial Credit Group Inc<br>2135 City Gate Lane, Ste 440<br>Naperville, IL 60563 | PNC Bank National Association<br>655 Business Center Drive<br>Horsham, PA 19044 |
| ACM Transtar, Inc<br>1781 Nature Court<br>Schaumburg, IL 60193 | Crossroads Equipment Lease &<br>Finance, LLC<br>9385 Haven Avenue<br>Rancho Cucamonga, CA 91730 | PNC Equipment Finance<br>655 Business Center Drive<br>Horsham, PA 19044 |
| Alexandru Cosiuc | Crossroads Equipment Lease &<br>Finance, LLC<br>9385 Haven Ave.<br>Rancho Cucamonga, CA 91730 | Sumitomo Mitsui Finance and<br>Leasing Co., Ltd<br>666 Third Avenue 8th FL<br>New York, NY 10010 |
| American Express<br>PO Box 15123<br>Wilmington, DE 19850 | De Lage Landen Financial<br>Services, Inc<br>P.O. Box 825736<br>Philadelphia, PA 19182 | Sunbelt Finance<br>Dept 144<br>PO Box 1000<br>Jonesboro, AR 72401 |
| Bill's Towing & Auto Repair, LLC<br>W9197 Old Hwy 60<br>Lodi, WI 53555 | Fastex Logistics, Inc<br>256 Central Avenue<br>Unit 72794<br>Roselle, IL 60172 | Trans Lease, Inc dba Trans Lease<br>Inc, Trans Lease Inc of Colorado<br>GEP Leasing, Inc dba Summit Fina<br>PO Box 211397<br>Denver, CO 80221 |
| BMO Bank NA<br>PO Box 71951<br>Chicago, IL 60694-1951 | InsurNorth Corp<br>1030 E Hwy 377, Ste 110 PMB 213<br>Granbury, TX 76048 | Uptime Center<br>8003 Piedmont Triad Parkway<br>Mail STOP UC1-23<br>Greensboro, NC 27409 |
| BMO Harris Bank<br>300 E. John Carpenter Freeway<br>Irving, TX 75062-2712 | Iulian Cosiuc<br>9640 Sidney Hayes Road<br>Orlando, FL 32824 | Volvo Financial Services<br>P.O. Box 26131<br>Greensboro, NC 27402-6131 |
| Business Services Company, LLC<br>4801 Lang NE, Suite 110<br>Albuquerque, NM 87109 | Mitsubishi HC Capital of America<br>800 Connecticut Ave.<br>Norwalk, CT 06854 | Volvo/Mack Financial Services<br>Attn: Charisse A.<br>8003 Piedmont Triad Parkway<br>Greensboro, NC 27409 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re **First Way, Inc**  
Debtor(s)

Case No.  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **30,738.00** |
   | Prior to the filing of this statement I have received | $ **30,738.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 4, 2025**  
*Date*

**/s/ Daniel A. Velasquez**  
**Daniel A. Velasquez 0098158**  
*Signature of Attorney*  
**Latham Luna Eden & Beaudine LLP**  
**201 S. Orange Avenue**  
**Suite 1400**  
**Orlando, FL 32801**  
**(407) 481-5800  Fax: (407) 481-5801**  
**dvelasquez@lathamluna.com**  
*Name of law firm*